648 A.2d 776

**CHILDREN'S CARE CENTER, INC., Appellant,**

**v.**

**DAUPHIN COUNTY, MH/MR PROGRAM, Commonwealth of Pennsylvania, Department of Public Welfare.**

Supreme Court of Pennsylvania.

Argued Sept. 22, 1994.

Decided Oct. 12, 1994.

Reargument Denied Nov. 28, 1994.

Robert J. Sugarman and Alan M. Kaplan, Sugarman & Associates, Philadelphia, for appellant.

John A. Kane, Chief Counsel, Jason W. Manne, Dept. of Public Welfare, and William A. Fetterhoff, Harrisburg, for Dauphin County.

Before NIX, C.J. and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Order affirmed.

MONTEMURO, J., is sitting by designation.